E-FILED
Wednesday, 12 December, 2007 04:45:41 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
### SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. |
| | ) |
| RODOLFO PINA, | ) |
| | ) |
| Defendant. | ) |

## **C O M P L A I N T**

1. Plaintiff is the United States.  Jurisdiction is based on 28 U.S.C. §1345.

2. Defendant RODOLFO PINA resides in Quincy, Il, which is in the Central District of Illinois.

3. Defendant is indebted to Plaintiff as to **COUNT I**, in the amount of $47,571.40 (comprising of $30,341.40 principal, $16,880.00 agency accumulated interest, plus $350.00 court costs), together with additional interest at the rate of 11.250% from November 1, 2007, until the date of Judgment j(i.e., $9.35 per day).  (See Exhibit A, attached.)

4. Defendant is indebted to Plaintiff as to **COUNT II**, in the amount of $51,444.67 (comprising of $33,055.00 principal, $18,399.67 agency accumulated interest), together with additional interest at the rate of 11.250% from November 1, 2007, until the date of Judgment (i.e., $10.19 per day).  (See Exhibit B, attached.)

5. Due demand has been made upon Defendant; Defendant has failed, neglected and refused, and continues to fail, neglect and refuse to reimburse Plaintiff.

- 2 -

**WHEREFORE**, Plaintiff prays for Judgment against said Defendant for the total amount of $99,666.07, plus interest from the date of Judgment at the legal rate until paid in full, and other proper relief.

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY


    s/James a. Lewis
    James A. Lewis, NC Bar No. 5470
    Attorney for the Plaintiff
    United States Attorneys Office
    318 S. 6th Street
    Springfield, Illinois 62701
    Tel: 217-492-4450
    Fax: 217-492-4888
    E-mail: Jim.Lewis2@usdoj.gov

E-FILED
Wednesday, 12 December, 2007 04:45:59 PM
Clerk, U.S. District Court, ILCD

DEPARTMENT OF HEALTH & HUMAN SERVICES                                   Program Support Center

                                                                        Rockville MD 20857

# CERTIFICATE OF INDEBTEDNESS
# EXCEPTIONAL FINANCIAL NEED SCHOLARSHIP PROGRAM

Rodolfo Pina

Quincy, IL 62301
Ref: 32030007

**Total debt due United States as of November 1, 2007: $47,221.40 (principal $30,341.40, interest $16,880.00).**

I certify that the Department of Health and Human Services' (HHS) records show that the debtor named above is indebted to the United States in the amount stated above. In addition, interest accrues on the principal amount of this debt at the fixed rate of 11.250% per annum. Interest continues to accrue on the principal amount at the rate of $9.35 per day.

This debt arose under the Exceptional Financial Need Scholarship (EFN) program authorized under sec. 736 of the Public Health Service Act, 42 U.S.C. § 293, as amended. Pub. Law. 105-392 enacted on November 13, 1998, repealed the authority for the FADHPS program but "grandfathered" the FADHPS scholarship recipients at the time of enactment.

You filed an application with HHS to participate in the EFN program. The application was approved and you entered into an Agreement (hereinafter "the Agreement") with HHS.

Under the Agreement, HHS promised to make scholarship payments to an educational institution on your behalf to cover the cost of tuition plus other reasonable educational expenses, including fees, books and laboratory expenses. In return, under the Agreement you promised to:

- Attend a participating health professions school on full-time status and maintain "good standing" at this school; and
- Until the completion of the service obligation under the Agreement, keep the school informed at all times of any change in student status, address, telephone number, name, and personal references; and
- Complete the educational program for which the scholarship was awarded; and
- If attending a school of allopathic or osteopathic medicine, within four (4) years of completing the educational program complete a three-year residency training program in allopathic or osteopathic family medicine, internal medicine, pediatrics, combined medicine/pediatrics, or preventive medicine approved by the Accreditation Council for Graduate Medical Education (ACGME) or the American Osteopathic Association (AOA), or a general practice residency program approved by the AOA, including participation in a rotating or primary health care internship approved by the AOA; and practice in one of the primary health care specialities identified above for five (5) years after completing the aforementioned training; or

**EXHIBIT A**

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - RODOLFO PINA

- If attending a school of dentistry, practice in general dentistry for five (5) years, exclusive of any period you attend a residency training program in general dentistry approved by the Secretary of HHS. "Practicing in general dentistry" means working in the field of dentistry and not specializing in, or limiting the practice to, orthodontics, endodontics, oral surgery, prosthodontics, periodontics, or oral pathology. (A "residency training program in general dentistry" includes (1) programs of advanced education for general dentistry, general practice residency programs, and pediatric dental residency programs, provided that they are accredited by the Commission on Dental Accreditation; and (2) dental public health residency programs accredited by the Commission on Dental Accreditation, including one (l) academic year in a program accredited by the Council on Education for Public Health, leading to a Master's degree or a similar graduate degree in public health; and (3) other continuous advanced education programs in general dentistry sponsored by an institution of higher education and that are recognized entities within the institution's administrative structure, as approved by the Secretary on a case-by-case basis.

Pursuant to the Agreement, HHS made a total payment of $30,341.40 on your behalf to an educational institution for tuition and other educational costs.

You breached the Agreement by:

Failing to, **(within four (4) years of completing the educational program for which assistance was received),** enter into and complete a three-year residency program in allopathic or osteopathic family medicine, internal medicine, pediatrics, combined medicine/pediatrics, or preventive medicine approved by the ACGME or the AOA, or a general practice residency program approved by the AOA, including participation in a rotating or primary health care internship approved by the AOA.

Under the Agreement, within three (3) years following the date of breach of the terms you must repay to HHS the amount of the award (including amounts provided for expenses related to such attendance) and interest on such amount at the maximum prevailing rate at the time of breach.

You were notified by letter dated December 3, 2002, that you had been placed in default status for failing to fulfill the requirements of your EFN contract. You were advised the debt must be paid within three (3) years from the date of default. You were further advised that interest would accrue on the unpaid balance due at the applicable consumer lending rate per annum. You were also provided instructions for entering into a repayment agreement if you were unable to remit the total amount due. You did not respond.

By letter dated February 1, 2006, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into a RA. You did not make any payments, nor did you respond.

In a letter dated March 30, 2006, you were notified of the HHS' intent to refer your debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, a RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not respond.

## PAGE 3 - CERTIFICATE OF INDEBTEDNESS - RODOLFO PINA

A final notice regarding your debt was sent to you on September 26, 2006, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being referred to the U.S. Department of Treasury for administrative and tax offset or the DOJ for enforced collection. You did not respond.

On November 13, 2006, your account was referred to the DOJ in the Western District of Pennsylvania for enforced collection. On June 25, 2007, the DOJ returned your case because you reside in Illinois. The HHS was able to locate your current address and accordingly, your debt has now been referred to the DOJ in the Central District of Illinois for enforced collection.

A final notice regarding your debt was sent to you on September 27, 2007, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being referred to the U.S. Department of Treasury for administrative and tax offset or the DOJ for enforced collection. You remained unresponsive.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, Central District of Illinois, 318 S. 6th St., Springfield, IL 62701.

CERTIFICATION: *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

| November 7, 2007 | /s/ Barry M. Blum |
|---|---|
| Date | Barry M. Blum<br>Chief, Referral Control Section<br>Debt Management Branch |

E-FILED
Wednesday, 12 December, 2007 04:46:45 PM
Clerk, U.S. District Court, ILCD

**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Rockville MD 20857

## CERTIFICATE OF INDEBTEDNESS
## FINANCIAL ASSISTANCE FOR DISADVANTAGED
## HEALTH PROFESSIONS STUDENTS SCHOLARSHIP PROGRAM

Rodolfo Pina

Quincy, IL 62301
Ref: 31030002

**Total debt due United States as of November 1, 2007: $51,444.67 (principal $33,055.00, interest $18,389.67).**

I certify that the Department of Health and Human Services' (HHS) records show that the debtor named above is indebted to the United States in the amount stated above. In addition, interest accrues on the principal amount of this debt at the fixed rate of 11.250% per annum. Interest continues to accrue on the principal amount at the rate of $10.19 per day.

This debt arose under the Financial Assistance for Disadvantaged Health Professions Students Scholarship (FADHPS) Program authorized under sec. 740 of the Public Health Service Act, 42 U.S.C. § 293d, as amended; implemented by regulations at 42 CFR Part 57, Subpart DD. Pub. Law. 105-392 enacted on November 13, 1998, repealed the authority for the FADHPS program but "grandfathered" the FADHPS scholarship recipients at the time of enactment.

You filed an application with HHS to participate in the FADHPS Program. The application was approved and you entered into an Agreement (hereinafter "the Agreement") with HHS.

Under the Agreement, HHS promised to make scholarship payments to an educational institution on your behalf to cover the cost of tuition plus other reasonable educational expenses, including fees, books and laboratory expenses. In return, under the Agreement you promised to:

- Attend a participating health professions school on full-time status and maintain "good standing" at this school; and
- Until the completion of the service obligation under the Agreement, keep the school informed at all times of any change in student status, address, telephone number, name, and personal references; and
- Complete the educational program for which the scholarship was awarded; and
- If attending a school of allopathic or osteopathic medicine, within four (4) years of completing the educational program complete a three-year residency training program in allopathic or osteopathic family medicine, internal medicine, pediatrics, combined medicine/pediatrics, or preventive medicine approved by the Accreditation Council for Graduate Medical Education (ACGME) or the American Osteopathic Association (AOA), or a general practice residency program approved by the AOA, including participation in a rotating or primary health care internship approved by the AOA; and practice in one of the primary health care specialities identified above for five (5) years after completing the aforementioned training; or

**EXHIBIT B**

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS - RODOLFO PINA

- If attending a school of dentistry, practice in general dentistry for five (5) years, exclusive of any period you attend a residency training program in general dentistry approved by the Secretary of HHS. "Practicing in general dentistry" means working in the field of dentistry and not specializing in, or limiting the practice to, orthodontics, endodontics, oral surgery, prosthodontics, periodontics, or oral pathology. (A "residency training program in general dentistry" includes (1) programs of advanced education for general dentistry, general practice residency programs, and pediatric dental residency programs, provided that they are accredited by the Commission on Dental Accreditation; and (2) dental public health residency programs accredited by the Commission on Dental Accreditation, including one (1) academic year in a program accredited by the Council on Education for Public Health, leading to a Master's degree or a similar graduate degree in public health; and (3) other continuous advanced education programs in general dentistry sponsored by an institution of higher education and that are recognized entities within the institution's administrative structure, as approved by the Secretary on a case-by-case basis.

Pursuant to the Agreement, HHS made a total payment of $33,055.00 on your behalf to an educational institution for tuition and other educational costs.

You breached the Agreement by:

Failing to, (**within four (4) years** of completing the educational program for which assistance was received), enter into and complete a three-year residency program in allopathic or osteopathic family medicine, internal medicine, pediatrics, combined medicine/pediatrics, or preventive medicine approved by the ACGME or the AOA, or a general practice residency program approved by the AOA, including participation in a rotating or primary health care internship approved by the AOA.

Under the Agreement, within three (3) years following the date of breach of the terms you must repay to HHS the amount of the award (including amounts provided for expenses related to such attendance) and interest on such amount at the maximum prevailing rate at the time of breach.

You were notified by letter dated December 3, 2002, that you had been placed in default status for failing to fulfill the requirements of your FADHPS contract. You were advised the debt must be paid within three (3) years from the date of default. You were further advised that interest would accrue on the unpaid balance due at the applicable consumer lending rate per annum. You were also provided instructions for entering into a repayment agreement (RA) if you were unable to remit the total amount due. You did not respond.

By letter dated February 1, 2006, you were notified that your account had been referred to OSI Collection Services for collection. You were advised that your account would be referred to the U.S. Department of Justice (DOJ) if you failed to either remit payment in full or enter into a RA. You did not make any payments, nor did you respond.

In a letter dated March 30, 2006, you were notified of the HHS' intent to refer your debt to other Federal agencies for the purpose of administrative offset under the Debt Collection Improvement Act of 1996. You were advised that a written response, a RA, or payment in full received within sixty (60) days from the date of the letter would terminate administrative offset action. You did not respond.

# PAGE 3 - CERTIFICATE OF INDEBTEDNESS - RODOLFO PINA

A final notice regarding your debt was sent to you on September 26, 2006, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being referred to the U.S. Department of Treasury for administrative and tax offset or the DOJ for enforced collection. You did not respond.

On November 13, 2006, your account was referred to the DOJ in the Western District of Pennsylvania for enforced collection. On June 25, 2007, the DOJ returned your case because you reside in Illinois. The HHS was able to locate your current address and accordingly, your debt has now been referred to the DOJ in the Central District of Illinois for enforced collection.

A final notice regarding your debt was sent to you on September 27, 2007, in which you were advised that failure to submit full or partial payment within thirty (30) days would result in your debt being referred to the U.S. Department of Treasury for administrative and tax offset or the DOJ for enforced collection. You remained unresponsive.

The amount due should be remitted by check, draft or money order(s) payable to the "U.S. Department of Justice" and mailed directly to the United States Attorney, Central District of Illinois, 318 S. 6th St., Springfield, IL 62701.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

| November 7, 2007 | /s/ Barry M. Blum |
|---|---|
| Date | Barry M. Blum |
| | Chief, Referral Control Section |
| | Debt Management Branch |

| JS 44 (Rev. 07/89) | CIVIL COVER SHEET | E-FILED Wednesday, 12 December, 2007 04:47:07 PM Clerk, U.S. District Court, ILCD |
|---|---|---|

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**I (a) PLAINTIFFS**
United States of America

**DEFENDANTS**
RODOLFO PINA

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES) Sangamon

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
ADAMS

**(c) ATTORNEYS**
U.S. Attorneys Office
James A. Lewis
318 S. 6th Street
Springfield, Illinois 62701
(2167)492-4450/FAX (217)492-4888

**ATTORNEYS (IF KNOWN)**

**II. BASIS OF JURISDICTION**
■ 1  U.S. Government Plaintiff
☐ 2  U.S. Government Defendant
☐ 3  Federal Question (U.S. Government Not a Party)
☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES**
(For Diversity Cases Only)

**IV. CAUSE OF ACTION** Title 28 U.S.C. § 1345; 42 U.S.C. § 294 - Recovery of a Health Education Assistance Loan (HEAL).

**V. NATURE OF SUIT**

(Recovery of Defaulted Student Loans checked: ■ 152)

**VI. ORIGIN**
■ 1 Original Proceeding

**VII. REQUESTED IN COMPLAINT**
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ **$98,666.07**
JURY DEMAND: ☐ YES  NO X

**VIII. RELATED CASES IF ANY**
Judge _____ Docket Number _____

**DATE** December 10, 2007

/s/ James A. Lewis
AUSA James A. Lewis

UNITED STATES DISTRICT COURT