AO 440 (Rev. 1/90) Summons in a Civil Action

E-FILED
Wednesday, 30 January, 2008  01:12:53 PM
Clerk, U.S. District Court, ILCD

# United States District Court

| CENTRAL | DISTRICT OF | ILLINOIS |

SPRINGFIELD DIVISION

UNITED STATES OF AMERICA,
    Plaintiff

v.

RODOLFO PINA,
    Defendant

UNIT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:   07-3326

**TO:**   Rodolfo Pina

1116 1/2 Broadway Street

Quincy, IL 62301

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

**PLAINTIFF'S ATTORNEY** (name and address)

James A. Lewis
Assistant United States Attorney
600 East Monroe Street, Suite 312
Springfield, IL 62701
Tel: 217/492-4450

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

s/Pamela E. Robinson                              January 30, 2008
CLERK                                             DATE

s/M. Stewart
BY DEPUTY CLERK