IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Court No. 07-3326 |
| RODOLFO PINA, | ) ) ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

Now comes the law firm of SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, and hereby enters its appearance as attorneys of record on behalf of the Defendant.

**RODOLFO PINA, Defendant**

s/_____David G. Penn_____
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com

Respectfully submitted,

RODOLFO PINA, Defendant

s/          David G. Penn
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James A. Lewis
Rodger A. Heaton
United States Attorney
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

s/          David G. Penn
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com