E-FILED
Wednesday, 05 March, 2008 04:19:12 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Court No. 07-3326 |
| ) | |
| RODOLFO PINA, ) | |
| ) | |
| Defendant. ) | |

### ANSWER TO COMPLAINT

Now comes the Defendant, **RODOLFO PINA**, by his attorneys, SCHMIEDESKAMP, ROBERTSON, NEU & MITCHELL, and for his answer to Plaintiff's Complaint states as follows:

1. Defendant admits the allegations contained in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits the allegations contained in paragraph 2 of Plaintiff's Complaint.

3. Defendant denies each and every allegation contained in paragraph 3 of Plaintiff's Complaint.

4. Defendant denies each and every allegation contained in paragraph 4 of Plaintiff's Complaint.

5. The Defendant admits that due demand has been made upon Defendant. The Defendant denies the remaining allegations contained in paragraph 5 of Plaintiff's Complaint.

WHEREFORE, Defendant denies that the Plaintiff is entitled to judgment in any amount whatsoever, and requests that the Complaint be dismissed with costs and with prejudice.

Respectfully submitted,

RODOLFO PINA, Defendant

s/          David G. Penn
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James A. Lewis
Rodger A. Heaton
United States Attorney
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

s/          David G. Penn
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com