**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) COURT NO. 07-3326 |
| | ) |
| RODOLFO PINA, | ) |
| | ) |
| Defendant. | |

## PROPOSED SCHEDULING ORDER

Plaintiff and Defendant, by counsel, suggest the following scheduling order:

1. Date for initial disclosures: May 15, 2008

2. Date to amend pleadings or add parties: June 1, 2008.

3. Date to complete fact discovery: August 15, 2008.

4. Date for expert reports: August 31, 2008.

5. Date to complete expert discovery: October 31, 2008.


 s/David G. Penn                           s/James A. Lewis
David G. Penn, Attorney for Defendant      James A. Lewis, Bar No. NC 5470
525 Jersey Street                          Assistant United States Attorney
Quincy, Illinois 62306                     318 South Sixth Street
Tel: 217-223-3030                          Springfield, Illinois 62701
Fax: 217-223-1005                          Tel: 217-492-4450
E-mail: dpenn@srnm.com                     Fax: 217-492-4580
                                           E-mail: Jim.Lewis2@usdoj.gov


DATE: March 24, 2008                       DATE:  March 26, 2008

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of March, 2008, I electronically filed the for going PROPOSED SCHEDULING ORDER with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      David G. Penn
      Attorney at Law
      Post Office box 1069
      Quincy, IL 61306-1069
      Tel: 217-223-3030
      Fax: 217-223-1006
      E-mail: dpenn@srnm.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      David G. Penn
      Attorney at Law
      Post Office box 1069
      Quincy, IL 61306-1069
      Tel: 217-223-3030
      Fax: 217-223-1006
      E-mail: dpenn@srnm.com

      s/James A. Lewis
      James A. Lewis, NC Bar No. 5470
      Attorney for the Plaintiff
      United States Attorneys Office
      318 S. 6th Street
      Springfield, Illinois 62701
      Tel: 217-492-4450
      Fax: 217-492-4888
      E-mail: Jim.Lewis2@usdoj.gov