**E-FILED**
Tuesday, 17 June, 2008  03:06:50 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No.  07-3326 |
| | ) | |
| RODOLFO PINA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that the following documents were

served upon all parties:

    1.    **Answers to First Interrogatories;**
    2.    **Responses to First Request for Production; and**
    3.    **Response to Requests for Admission;**

by enclosing the same in an envelope addressed to the attorneys of record as follows:

            James A. Lewis
            Rodger A. Heaton, United States Attorney
            United States Attorneys Office
            318 S. 6th Street
            Springfield, IL  62701

with postage fully prepaid, and by depositing the envelope in a United States mailbox in Quincy,

Illinois on the 17th day of June, 2008.

RODOLFO PINA, Defendant

s/_____David G. Penn_____
　　　David G. Penn, Bar No. 00787089
　　　Attorney for the Defendant
　　　Schmiedeskamp, Robertson, Neu & Mitchell LLP
　　　525 Jersey Street, P. O. Box 1069
　　　Quincy, IL 62306-1069
　　　Telephone: (217) 223-3030
　　　Facsimile: (217) 223-1005
　　　E-Mail: dpenn@srnm.com

## CERTIFICATE OF SERVICE

　　　I hereby certify that on the 17th day of June, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

　　　James A. Lewis
　　　Rodger A. Heaton
　　　United States Attorney
　　　United States Attorneys Office
　　　318 S. 6th Street
　　　Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

s/_____David G. Penn_____
　　　David G. Penn, Bar No. 00787089
　　　Attorney for the Defendant
　　　Schmiedeskamp, Robertson, Neu & Mitchell LLP
　　　525 Jersey Street, P. O. Box 1069
　　　Quincy, IL 62306-1069
　　　Telephone: (217) 223-3030
　　　Facsimile: (217) 223-1005
　　　E-Mail: dpenn@srnm.com