IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 07-3326 |
| | ) | |
| RODOLFO PINA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that the following documents were served upon all parties:

1. **Response to Second Requests for Admission;**

by enclosing the same in an envelope addressed to the attorneys of record as follows:

> James A. Lewis
> Rodger A. Heaton, United States Attorney
> United States Attorneys Office
> 318 S. 6th Street
> Springfield, IL  62701

with postage fully prepaid, and by depositing the envelope in a United States mailbox in Quincy, Illinois on the 22nd day of July, 2008.

RODOLFO PINA, Defendant

s/_____David G. Penn_____
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

James A. Lewis
Rodger A. Heaton
United States Attorney
United States Attorneys Office
318 S. 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

s/_____David G. Penn_____
David G. Penn, Bar No. 00787089
Attorney for the Defendant
Schmiedeskamp, Robertson, Neu & Mitchell LLP
525 Jersey Street, P. O. Box 1069
Quincy, IL 62306-1069
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-Mail: dpenn@srnm.com