IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Court No. 07-3326 |
| | ) | |
| RODOLFO PINA, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury, that the following documents were served upon all parties:

1.   Amended Response to Second Requests for Admission;

by enclosing the same in an envelope addressed to the attorneys of record as follows:

>   James A. Lewis
>   Rodger A. Heaton, United States Attorney
>   United States Attorneys Office
>   318 S. 6th Street
>   Springfield, IL  62701

with postage fully prepaid, and by depositing the envelope in a United States mailbox in Quincy, Illinois on the 31st day of July, 2008.

>   **RODOLFO PINA, Defendant**
>
>   s/_____David G. Penn_____
>   David G. Penn, Bar No.  00787089
>   Attorney for the Defendant
>   Schmiedeskamp, Robertson, Neu & Mitchell LLP
>   525 Jersey Street, P. O. Box 1069
>   Quincy, IL  62306-1069
>   Telephone:  (217) 223-3030
>   Facsimile:  (217) 223-1005
>   E-Mail:  dpenn@srnm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on the 31st day of July, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/EDF system which will send notification of such filing to the following:

    James A. Lewis
    Rodger A. Heaton
    United States Attorney
    United States Attorneys Office
    318 S. 6th Street
    Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

    s/_____David G. Penn_____
    David G. Penn, Bar No. 00787089
    Attorney for the Defendant
    Schmiedeskamp, Robertson, Neu & Mitchell LLP
    525 Jersey Street, P. O. Box 1069
    Quincy, IL 62306-1069
    Telephone: (217) 223-3030
    Facsimile: (217) 223-1005
    E-Mail: dpenn@srnm.com